FILED
RICHARD W. NAGEL
CLERK OF COURT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

2016 MAR -7 PM 3:50

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST D.V CINCINNATI

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF | NO. **1 : 16 M J -118** |
| SIX THOUSAND DOLLARS ($6,000.00) IN UNITED STATES CURRENCY 16-USP-000637 | **Under Seal** |

### EX PARTE APPLICATION FOR ORDER TO EXTEND FOR SIXTY DAYS THE NOTICE PERIOD OF 18 U.S.C. § 983(a)(1)(A)

The United States of America hereby applies to this Court for an order extending for sixty (60) days the time within which to give notice of its intent to institute administrative forfeiture proceedings against Six Thousand Dollars ($6,000.00) in United States Currency 16-USP-000637 ("the subject property"), seized on December 15, 2015. This application is made pursuant to 18 U.S.C. § 983(a)(1)(C) and (D).

By this application, the United States further requests that this application, the following memorandum, the attached certification of Daniel B. Brubaker, and all other pleadings in this matter be filed under seal and remain under seal pending further order of the Court because the United States has reasonable cause to believe that the investigation could be seriously compromised should certain persons become aware of this application or other filings. In support of this application, the United States submits the following memorandum and the attached certification.

This application is made *ex parte* for the reason set forth in the attached certification on the ground that giving notice of the institution of administrative forfeiture proceedings at this time would jeopardize an ongoing investigation.

## MEMORANDUM

### I. Introduction

The Civil Asset Forfeiture Reform Act of 2000 ("CAFRA"), effective August 23, 2000, provides that when an asset is seized for forfeiture, the seizing agency must send notice to the owner of the asset within sixty days after the date of seizure. 18 U.S.C. § 983(a)(1)(A). This deadline may be extended for thirty days if a supervisory official in the headquarters office of the seizing agency determines that sending notice to the owner could have an adverse effect. For any further extensions of the deadline, however, the government is required to apply to the district court. That is the purpose of this application.

### II. The Statute

The following provisions of CAFRA are pertinent to this application:

18 U.S.C. § 983. General rules for civil forfeiture proceedings

(a) Notice; claim; complaint.–

> (1)(A)(i) Except as provided in clauses (ii) through (v), in any nonjudicial civil forfeiture proceeding under a civil forfeiture statute, with respect to which the Government is required to send written notice to interested parties, such notice shall be sent in a manner to achieve proper notice as soon as practicable, and in no case more than 60 days after the date of the seizure.
>
> (B) A supervisory official in the headquarters office of the seizing agency may extend the period for sending notice under subparagraph (A) for a period not to exceed 30 days (which period may not be further extended except by a court), if the official determines that the conditions in subparagraph (D) are present.
>
> (C) Upon motion by the Government, a court may extend the period for sending notice under subparagraph (A) for a period not to exceed 60 days, which period may be further extended by the court for 60-day periods, as necessary, if the court determines, based on a written certification of a supervisory official in the headquarters office of the seizing agency, that the conditions in subparagraph (D) are present.
>
> (D) The period for sending notice under this paragraph may be extended only

if there is reason to believe that notice may have an adverse result, including–
   (i) endangering the life or physical safety of an individual;
   (ii) flight from prosecution;
   (iii) destruction of or tampering with evidence;
   (iv) intimidation of potential witnesses; or
   (v) otherwise seriously jeopardizing an investigation or unduly delaying a trial.

### III. The Facts

The attached certification of Daniel B. Brubaker sets out a description of the facts underlying the seizure of the subject property and is incorporated herein by reference. The subject property has been deposited into the Seized Asset Deposit Fund.

The United States requests a sixty-day extension of time within which to provide notice of its intent to institute administrative forfeiture proceedings against the subject property. Any action by the government at this point will jeopardize the investigation, whether it consists of returning the subject property to the target or giving the target notice of forfeiture proceedings.

As required by 18 U.S.C. § 983(a)(1)(C), the United States attaches the certification of Daniel B. Brubaker, Acting Inspector in Charge, Criminal Investigations, U.S. Postal Inspection Service, in which he states that the conditions of 18 U.S.C. § 983(a)(1)(D) are satisfied. The original notice deadline was February 13, 2016; a thirty-day extension of the notice deadline was granted by a supervisory official at the agency, extending the deadline to March 14, 2016; and the United States hereby requests a sixty-day extension to May 13, 2016.

### IV. Conclusion

Accordingly, the United States requests that the Court, pursuant to 18 U.S.C. § 983(a)(1)(C) and (D), enter the proposed order extending for sixty (60) days from March 14, 2016, to May 13, 2016, the deadline by which the U.S. Postal Inspection Service must provide written notice of its intent administratively to forfeit the subject property under federal law. The

United States further requests that the Court seal these proceedings, including this application with memorandum and the certification and its attachments until further order of the Court.

Respectfully submitted,

CARTER M. STEWART
United States Attorney

DEBORAH D. GRIMES (0078698)
Assistant United States Attorney
221 East Fourth Street
Suite 400
Cincinnati, Ohio 45202
(513)684-3711
Fax: (513)684-6385
Deborah.Grimes@usdoj.gov

## CERTIFICATION

Postal Inspection Service Case#: 2019432-PMN
Seizure Number(s): 034-16-006
CATS Asset ID(s): 16-USP-000637
Seized Property: $6,000.00 U.S. Currency
Seizure Date: 12/15/2015

I, Daniel B. Brubaker, hereby certify to the following facts:

1. I am a United States Postal Inspector and have been employed since September 1999. I am currently assigned to Headquarters, specifically as the Acting Inspector in Charge of Criminal Investigations. I am the Acting manager of the Asset Forfeiture program, and as such, I am the designated supervisory official with overall responsibility for all program functions.

2. In the course of my official duties as Acting Inspector in Charge of the Asset Forfeiture program, I supervise and monitor the forfeiture activities of the U. S. Postal Inspection Service's divisions and receive reports and inquiries from those divisions regarding all facets of forfeiture matters.

3. On 12/15/2015, the Postal Inspection Service, Pittsburgh Division, Cincinnati Field Office seized the subject property.

4. This seizure relates to an ongoing criminal investigation being conducted in Cincinnati, OH, for violations of Title 21 USC 841 et seq. Forfeiture is anticipated under Title 21 USC 881; however, at this time, notice of forfeiture would be detrimental to the investigation.

5. On 1/7/2016, our agency authorized a thirty (30) day delay of the administrative notice until 3/14/2016.

6. I have reviewed the attached U. S. Postal Inspection Service Request for Judicial Motion to Delay Notice and the supporting documents concerning the seizure of the subject property.

7. Based on my review, it is my belief that notice to parties with an ownership interest will have the adverse result of seriously jeopardizing an investigation or unduly delaying a trial.

8. Due to the ongoing nature of this investigation, pursuant to Title 18 USC Section 983(a)(1)(D)(v), I respectfully request that the requested additional sixty (60) day delay of notice be ordered by the court.

9. I hereby declare under penalty of perjury as provided under federal law that the foregoing is true and correct to the best of my knowledge and belief.

_[signature]_  2/16/2016
Daniel B. Brubaker                   Date
Acting Inspector in Charge
Criminal Investigations

1

**U.S. Postal Inspection Service**
**REQUEST FOR JUDICIAL MOTION TO DELAY NOTICE**
**TITLE 18 U.S.C. § 983(a)(1)(C)**

To: Inspector in Charge, Criminal Investigations

Seizure Number: 034-16-006  
Case Number: 16-USP-000637

CATS Asset ID # (s): 16-USP-000637

Asset Value (s): $6,000.00 U.S. Currency

Date Seized: 12/15/2015  
Seizure Method: Search Warrant

Forfeiture Authority: 21 USC 881  
Violation: 21 USC 841

Criminal Prosecution?: Not at this time  
Restitution Anticipated?: No

The Pittsburgh Division is requesting that the period for sending notice to parties with and ownership interest be extended by the court because such notice will have adverse results, including:

☐ endangering the life or physical safety of an individual;

☐ flight from prosecution;

☐ destruction of or tampering with evidence;

☐ intimidation of potential witnesses; or

☒ otherwise seriously jeopardizing an investigation or unduly delaying a trial.

A judicial motion to delay notice is requested based on the circumstances stated in the attached document.

This request for a judicial extension to notice is being requested to identify the individual which mailed the outgoing currency package and identify incoming narcotic parcels. By sending notice the subjects would be alerted that the government seized a parcel containing what is believed to be proceeds of narcotic sales. Additionally notice would alert subjects of this ongoing investigation in two states that their mail is being profiled and would cause the parties to change their methods of receiving narcotics proceeds therefore jeopardizing numerous hours already invested in this investigation and intelligence already gathered. A judicial extension to notice is being requested in order to preserve the ongoing investigation. Release of the information contained in any investigative reports would impede the ongoing investigation. Please see attached for more details.

☒ (check here if continued on attachment)

I hereby certify the information provided above is current and accurate.

_[signature]_        2/12/16
Christopher T. White        Date
Assistant Inspector in Charge

April 2007

**Details of Investigation**

This investigation began in 2014 related to the use of the mail to ship narcotics and/or their proceeds between southern Ohio and northern California, a known drug source location.

Investigation has disclosed since April 2015, parcels have been mailed from southern Ohio on a weekly basis from several post offices to at least four addresses in northern California. In turn, parcels are being mailed from northern California to at least five addresses in Southern Ohio.

Based on this information, a mail watch was requested in July 2015 for the following addresses:

- 5648 Bay St, #406, Emeryville, CA 94608
- 1725 San Antonio Ave, Apt C, Alameda, CA 94501
- 3126 Herriot Ave, Oakland, CA 94619
- 1440 Mowrey Ave, Apt 207, Fremont, CA 94538

Possible suspects have been identified related to these mailings. Further investigation is necessary to relate the suspects to additional mailings and identify incoming narcotic parcels.

**Details of Seizure**

On December 4, 2015, the subject Priority Mail parcel 9505 5110 6515 5336 4609 41 addressed to Matt Hoffman, 3126 Herriott Ave, Oakland, CA 94619 with a return address of M. Jackson, 1185 N Lynnebrook Dr, Cinti, OH 45224 was identified. A Federal search warrant was obtained and the parcel was found to contain $6,000.00 US currency. Administrative Forfeiture proceedings were initiated under Seizure Number 034-16-006. Due to the nature of the investigation still being developed, a Request for 30 Day Extension was approved on January 7, 2016, by Inspector in Charge, Criminal Investigations, U.S. Postal Inspection Service.

**Related Currency Seizures**

034-14-016

On February 11, 2014, Priority Mail Express parcel EF014987133US addressed to R. Smith, 605 Tina Way, Livermore, CA 94550 with a return address of Javin Hill, 1928 Westwood Northern Blvd #5, Cincinnati, OH 45225 was identified. A Federal search warrant was obtained and the parcel was found to contain $11,400.00 U.S. Currency. Administrative forfeiture was pursued under Seizure Number 034-14-016.

034-14-022

In April 2014, Priority Mail parcel 9114 9011 2308 6272 4874 78 addressed to Mike Murphy, 5648 Bay St #406, Emeryville, CA 94608 with a return address of P. Miller, 1801 Section Ave #2, Cincinnati, OH 45237 was identified. A Federal search warrant was obtained and the parcel was found to contain $6,560.00 U.S. Currency. Administrative forfeiture was pursued under Seizure Number 034-14-022.

034-14-031

On June 20, 2014, Priority Mail Express parcel EK298388242US addressed to Jordan Mouton, 129 N Sierra Madre Street, Mountain House, California 95391 from James Harris, 1591 North Bend Road, Cincinnati, OH 45211 was identified. A Federal search warrant was obtained and the parcel was found to contain 17 various money orders totaling $8,900.00. Administrative forfeiture was pursued under Seizure Number 034-14-031.

034-14-032

On June 20, 2014, Priority Mail Express parcel EK298388260US addressed to Billieann Mouton, 129 N Sierra Madre St, Mountain House, CA 95391 from Kings things, 1919 Knob Ct, Cinti, OH 45229 was identified. A Federal search warrant was obtained and the parcel was found to contain 4 blank Western Union money orders totaling $3,200.00. Administrative forfeiture was pursued under Seizure Number 034-14-032.

034-16-006

On December 4, 2015, Priority Mail parcel 9505 5110 6515 5336 4609 41 addressed to Matt Hoffman, 3126 Herriott Ave, Oakland, CA 94619 with a return address of M. Jackson, 1185 N Lynnebrook Dr, Cinti, OH 45224 was identified. A Federal search warrant was obtained and found to contain $9,000.00 US currency. Administrative Forfeiture proceedings were begun under Seizure Number 034-16-006.

034-15-031

On July 15, 2015, Priority Mail parcel 9505 5110 6828 5195 5796 18 addressed to Glenn Anglim, 1725 San Antonio Ave, Apt C, Alameda, CA 95401 with a return address of Antwan Higgins, 3112 Gobel St #4, Cincinnati, OH 45211 was identified. A Federal search warrant was obtained and the parcel was found to contain $7,000.00 U.S. Currency. Administrative forfeiture was pursued under Seizure Number 034-15-031. A Judicial Extension to Notice was most recently signed in the Southern District of Ohio on December 11, 2015.

034-15-032

On July 15, 2015, Priority Mail parcel 9114 9014 9645 0137 4969 06 addressed to Mike Murphy, 5648 Bay St #406, Emeryville, CA 94608 with a return address of D Jones, 1187 Lynnebrook, Cin OH 45224 was identified. A Federal search warrant was obtained and the parcel was found to contain $9,000.00 U.S. Currency. Administrative forfeiture was pursued under Seizure Number 034-15-032. A Judicial Extension to Notice was most recently signed in the Southern District of Ohio on December 11, 2015.

034-15-033

On July 15, 2015, Priority Mail parcel 9114 9999 4423 8284 9736 50 addressed to Matt Hoffman, 3126 Herriot Ave, Oakland, CA 94619 with a return address of J Jones, 5438 Fox Rd, Cin, OH 45239 was identified. A Federal search warrant was obtained and the parcel was found to contain $9,000.00 U.S. Currency. Administrative forfeiture was pursued under Seizure Number 034-15-033. A Judicial Extension to Notice was most recently signed in the Southern District of Ohio on December 11, 2015.

034-15-034

On July 15, 2015, Priority Mail parcel 9114 9999 4431 3488 1576 76 addressed to Chris Harris, 1440 Mowrey Ave, Fremont CA, 94538 with a return address of M Briant, 1196 West Way, Cin, OH 45224 was identified. A Federal search warrant was obtained and the parcel was found to contain $9,015.00 U.S. Currency. Administrative forfeiture was pursued under Seizure Number 034-15-034. A Judicial Extension to Notice was most recently signed in the Southern District of Ohio on December 11, 2015.

**Related Narcotic Seizures**

On November 15, 2013, Express Mail parcel EI572421046US addressed to Sarah Jones, 201 Wedgewood Ave, Cincinnati, OH 45217 with a return address of Imperial Beauty Supply, 9411 Bolsa Ave Ste A, Westminster, CA 92683 was identified. A Federal search warrant was obtained and the parcel was found to contain approximately 5278 grams of marijuana.

On January 23, 2014, Priority Mail parcel 9114901159818938914234 addressed to Felicia Jones, 201 Wedgewood Ave, Cincinnati, OH 45217 with a return address of Physicians Choice Medical Equipment, 909 W Roseburg Ave, Modesto, CA 95350 was identified. A Federal search warrant was obtained and the parcel was found to contain approximately 2520 grams of marijuana.

On January 23, 2014, Express Mail parcel EH557356892US addressed to Kandice Jones, 201 Wedgewood Ave, Cincinnati, OH 45217 with a return address of Gifts and Candles, 855 Via Mariposa, San Leandro, CA 94578 was identified. A Federal search warrant was obtained and the parcel was found to contain approximately 546 grams of marijuana.

On January 23, 2014, Priority Mail parcel 9114901159818742602334 addressed to Felicia Jones, 201 Wedgewood Ave, Cincinnati, OH 45217 with a return address of Hanger Prosthetics and Orthotics Physical Therapy, 4659 Positas Rd, Livermore, CA 94551 was identified. A Federal search warrant was obtained and the parcel was found to contain approximately 2555 grams of marijuana.

On February 7, 2014, Priority Mail parcel 9114901189866471293539 addressed to Darlene Choate, 5118 Leona Dr # 1, Cincinnati, OH 45238 with a return address of IQ Kidz, 7888 Marathon Dr, Livermore, CA 94550 was identified. A Federal search warrant was obtained and the parcel was found to contain approximately 2564 grams of marijuana.

On February 7, 2014, Priority Mail parcel 9114901230801079697108 addressed to Amber Anderson, 7962 Clovernook Ave, Cincinnati, OH 45231 with a return address of Tri-Valley Orthopedic Inc, 4626 Willow Rd, Pleasanton, CA 94588 was identified. A Federal search warrant was obtained and the parcel was found to contain approximately 2509 grams of marijuana.

On May 20, 2014, Priority Mail parcel 9114901189866730814802 addressed to Belinda Rutledge, 6347 Beechmont Ave Apt 302, Cincinnati, OH 45230 with a return address of Tri-Valley Orthopedic Inc, 4626 Willow Rd, Pleasanton, CA 94588 was identified. A Federal search warrant was obtained and the parcel was found to contain approximately 5806 grams of marijuana.

On March 13, 2015, Priority Mail parcel 9505511118855063500880 addressed to William Goodwin, 1765 Catalina Ave, Cincinnati, OH 45237 with a return address of James Anderson, 1160 Portola Meadows Rd, Livermore, CA 94551 was identified. A Federal search warrant was obtained and the parcel was found to contain approximately 1179 grams of marijuana.

On March 13, 2015, Priority Mail parcel 9505511137395062389208 addressed to Terry Swain, 6637 Dante Ave Apt 3, Cincinnati, OH 45213 with a return address of Jason West, 159 N Sierra Madre St, Mountain House, CA 95391 was identified. A Federal search warrant was obtained and the parcel was found to contain approximately 907 grams of marijuana.

On March 13, 2015, Express Mail parcel EK638369281US addressed to Devin Wilson, 7107 Salmar Ct, Cincinnati, OH 45231 with a return address of Terry James, 286 Lynn Ave, Milpitas, CA 95035 was identified. A Federal search warrant was obtained and the parcel was found to contain approximately 971 grams of marijuana.

On January 13, 2016, Priority Mail parcel 9505 5104 5546 6011 3032 72 addressed to E. Prophett, 1527 Kenova Ave, Cincinnati, OH 45237 with a return address of Steve Long, 711 Jackson St, Oakland, CA 94607 was identified. A Federal search warrant was obtained and the parcel was found to contain approximately 1537 grams marijuana.

On January 13, 2016, Priority Mail parcel 9505 5105 7957 6011 0787 86 addressed to A. Jackson, 1187 N Lynnebrook Dr, Cincinnati, OH 45224 with a return address of Ivan Wilson, 1715 Central Ave

April 2007

#9, Alameda, CA 94501 was identified. A Federal search warrant was obtained and the parcel was found to contain approximately 1040 grams marijuana.

On January 29, 2016, Priority Mail parcel 9505 5107 2248 6014 2978 96 addressed to J. Arnold, 3475 Knott St, Cincinnati, OH 45229 with a return address of G. Arnold, 3200 Knowland Ave, Oakland, CA 94617 was opened pursuant to a Federal search warrant and found to contain approximately 493 grams of marijuana.

On January 29, 2016, Priority Mail parcel 9505 5124 9872 6015 1595 96 addressed to Bill Roberts, 3223 Montana Ave, Cincinnati, OH 45211 with a return address of Jason Herman, 3425 Boston Ave, Oakland, CA 94602 was opened pursuant to a Federal search warrant and found to contain approximately 488 grams of marijuana.

### Related Mailings

A review of postal business records has identified Priority Mail parcel 9505 5104 4177 5276 0242 57 weighing 7lbs 4 oz addressed to Mildred Walker, 2483 Nottingham Rd, Cincinnati, OH 45225 with return address of Steve Long, 1819 33rd Ave, Oakland, CA 94601.

A review of postal business records has identified Priority Mail parcel 9505 5124 9873 5306 0784 61 weighing 1lb 14 oz addressed E. Prophett, 1527 Kenova Ave, Cincinnati, OH 45237 with return address of James Evans, 4443 Virginia Ave, Oakland, CA 94619 delivered on November 5, 2015.

A review of postal business records has identified Priority Mail parcel 9505 5107 2247 5327 2252 90 weighing 1lb 12 oz addressed to Temisha LNU, 3624 Westwood Northern Blvd, Apt 47, Cincinnati, OH 45211 with return address Steve Long, 4443 Virginia Ave, Oakland, CA 94619 delivered on November 25, 2015.

## DECLARATION

I, Karen O'Neill, state as follows:

1. I am a United States Postal Inspector, having been so employed since March 2003. I am presently assigned to the Cincinnati Field Office, Pittsburgh Division of the Postal Inspection Service with investigative responsibility for Southwest Ohio, Northern Kentucky and Southeast Indiana. Part of my investigative responsibility involves the use of the United States Mail in the transporting of narcotics and other dangerous controlled substances and financial proceeds relating thereto.

2. I have become aware that drug traffickers frequently use Express Mail, a business-oriented overnight service offered by the United States Postal Service, to transport narcotics and other dangerous controlled substances, and their proceeds or instrumentalities from the sale of the controlled substances. I have also become aware that drug traffickers frequently use Priority Mail with delivery confirmation, a 2-3 day service offered by the United States Postal Service. As a result of investigations and successful controlled substance prosecutions where the Mail was used, I have learned of certain characteristics indicative of other Mail items previously identified as containing narcotics or other dangerous controlled substances, their proceeds or instrumentalities from the sale of the controlled substances. Some of these characteristics include, but are not necessarily limited to or used on every occasion, the mailer using different post offices on the same day to send parcels, false or non-existent return address, addressee is not known to receive mail at the listed delivery address, the package is heavily taped, the package is mailed from a known drug source location, labeling information contains misspellings, the label contains an illegible waiver signature, unusual odors emanating from the package, and the listed address is located in an area of known or suspected drug activity.

## RELEVANT FACTS PERTAINING TO PRIORITY MAIL PARCELS
## 9505 5110 6515 5336 4609 41

1. This investigation began in 2014 related to the use of the mail to ship narcotics and/or their proceeds between southern Ohio and northern California, a known drug source location.

2. On December 4, 2015, I identified the subject Priority Mail parcel 9505 5110 6515 5336 4609 41 addressed to Matt Hoffman, 3126 Herriott Ave, Oakland, CA 94619 with a return address of M. Jackson, 1185 N Lynnebrook Dr, Cinti, OH 45224.

3. The subject parcel is further described as Priority Mail parcel 9505 5110 6515 5336 4609 41, measuring approximately 11 inches x 8 ½ inches x 5 ½ inches and weighing approximately 3lbs 12 oz. The subject Priority Mail Express parcel was mailed on 12/02/2015, from the Westwood Branch 45211 Post Office and bore $12.95 in US Postage.

4. Based on training and experience, I pulled the parcel from the mail stream based on reasonable suspicion that the parcel contained illegal narcotic proceeds. The reasonable suspicion included:

   - The parcel was addressed to a state that is a known source of narcotics and thus a destination point for narcotic proceeds/payments;
   - Queries conducted in CLEAR which is used to confirm address information shows the recipient name does not associate to the recipient address since October 2014;
   - The zip code of mailing was different from the zip code listed on the return address portion of the express mail label. Narcotics traffickers will often mail the parcel at a different post office to avoid detection.

3. On December 8, 2015, I contacted Boone County Police Officer Shannon Taylor to request a canine examination of a suspect parcel. Priority Mail parcel 9505 5110 6515 5336 4609 41 was set in a controlled area. Canine Sadie was then allowed to examine the area. While reviewing the area containing Priority Mail parcel 9505 5110 6515 5336 4609 41, Sadie reacted in a manner that handler Taylor stated was indicative of a controlled substance.

4. On December 11, 2015, a federal search warrant was obtained for Priority Mail parcel 9505 5110 6515 5336 4609 41. On December 15, 2015, the parcel was opened and the first item viewed was a bundled white t-shirt. The items were removed to reveal two bundled white t-shirts. Contained inside one of the t-shirts was a vacuum sealed bag containing US currency. The US currency was removed and found to total $6,000.00. Administrative Forfeiture proceedings were begun pursuant to the Primary Violation Statute 21 USC 841 et seq and Primary Forfeiture Statute 21 USC 881. Due to the nature of the investigation still being developed, a Request for 30 Day Extension was approved on January 7, 2016, by Inspector in Charge, Criminal Investigations, U.S. Postal Inspection Service.

## RELEVANT FACTS PERTAINING TO THIS INVESTIGATION

5. In November 2013, I began an investigation with marijuana parcels being mailed from Modesto, Livermore and Pleasanton CA to multiple addresses in Cincinnati. Federal search warrants were obtained for six USPS parcels and all were found to contain marijuana.

6. On February 11, 2014, Priority Mail Express parcel EF014987133US addressed to R. Smith, 605 Tina Way, Livermore, CA 94550 from Javin Hill, 1928 Westwood Northern Blvd #5, Cincinnati, OH 45225 was identified. A Federal search warrant was obtained and the parcel was found to contain $11,400.00 US currency. Administrative Forfeiture proceedings were initiated under Seizure Number 034-14-016.

7. On April 16, 2014, Priority Mail parcel 9114 9011 2308 6272 4874 78 addressed to Mike Murphy, 5648 Bay St #406, Emeryville, CA 94608 from P. Miller, 1801 Section Ave #2, Cincinnati, OH 45237 was identified. A Federal search warrant was obtained and the

parcel was found to contain $6,560.00 US currency. Administrative Forfeiture proceedings were initiated under Seizure Number 034-14-022.

8. On June 20, 2014, Priority Mail Express parcel EK298388242US addressed to Jordan Mouton, 129 N Sierra Madre Street, Mountain House, California 95391 from James Harris, 1591 North Bend Road, Cincinnati, OH 45211 was identified. A Federal search warrant was obtained and the parcel was found to contain a total of $8,900.00 in various money orders. Administrative Forfeiture proceedings were initiated under Seizure Number 034-14-031.

9. On June 20, 2014, Priority Mail Express parcel EK298388260US addressed to Billieann Mouton, 129 N Sierra Madre St, Mountain House, CA 95391 from Kings things, 1919 Knob Ct, Cinti, OH 45229 was identified. A Federal search warrant was obtained and the parcel was found to contain 4 blank Western Union money orders totaling $3,200.00. Administrative Forfeiture proceedings were initiated under Seizure Number 034-14-032.

10. In March 2015, three USPS parcels from Northern California sent to different addresses in Cincinnati, Ohio were identified. Federal search warrants were obtained and all parcels were found to contain marijuana. Two of three parcels contained pictorially similar handwriting as prior seized parcels.

11. A review of postal business records has identified Priority Mail parcel 9505 5104 4177 5276 0242 57 weighing 7lbs 4 oz addressed to Mildred Walker, 2483 Nottingham Rd, Cincinnati, OH 45225 with return address of Steve Long, 1819 33rd Ave, Oakland, CA 94601.

12. On July 15, 2015, Priority Mail parcel 9505 5110 6828 5195 5796 18 addressed to Glenn Anglim, 1725 San Antonio Ave, Apt C, Alameda, CA 95401 with a return address of Antwan Higgins, 3112 Gobel St #4, Cincinnati, OH 45211 was identified. A Federal search warrant was obtained and the parcel was found to contain $7,000.00 US currency. Administrative Forfeiture proceedings were initiated under Seizure Number 034-15-031. Due to the nature of the investigation still being developed, a Request for 30 Day Extension was approved on August 27, 2015, by Inspector in Charge, Criminal Investigations, U.S. Postal Inspection Service. A Judicial Extension to Notice was most recently signed in the Southern District of Ohio on February 9, 2016.

13. On July 15, 2015, Priority Mail parcel 9114 9999 4423 8284 9736 50 addressed to Matt Hoffman, 3126 Herriot Ave, Oakland, CA 94619 with a return address of J Jones, 5438 Fox Rd, Cin, OH 45239 was identified. A Federal search warrant was obtained and the parcel was found to contain $9,000.00 US currency. Administrative Forfeiture proceedings were initiated under Seizure Number 034-15-033. Due to the nature of the investigation still being developed, a Request for 30 Day Extension was approved on August 27, 2015, by Inspector in Charge, Criminal Investigations, U.S. Postal Inspection Service. A Judicial Extension to Notice was most recently signed in the Southern District of Ohio on February 9, 2016.

14. On July 15, 2015, Priority Mail parcel 9114 9999 4431 3488 1576 76 addressed to Chris Harris, 1440 Mowrey Ave, Fremont CA, 94538 with a return address of M Briant, 1196 West Way, Cin, OH 45224 was identified. A Federal search warrant was obtained and

the parcel was found to contain $9,015.00 US currency. Administrative Forfeiture proceedings were begun pursuant to the Primary Violation Statute 21 USC 841 et seq and Primary Forfeiture Statute 21 USC 881. Due to the nature of the investigation still being developed, a Request for 30 Day Extension was approved on August 27, 2015, by Inspector in Charge, Criminal Investigations, U.S. Postal Inspection Service. A Judicial Extension to Notice was most recently signed in the Southern District of Ohio on February 9, 2016.

15. On July 15 2015, Priority Mail parcel 9114 9014 9645 0137 4969 06 addressed to Mike Murphy, 5648 Bay St #406, Emeryville, CA 94608 with a return address of D Jones, 1187 Lynnebrook, Cin OH 45224 was identified. A Federal search warrant was obtained and the parcel was found to contain $9,000.00 US currency. Administrative Forfeiture proceedings were begun pursuant to the Primary Violation Statute 21 USC 841 et seq and Primary Forfeiture Statute 21 USC 881. Due to the nature of the investigation still being developed, a Request for 30 Day Extension was approved on August 27, 2015, by Inspector in Charge, Criminal Investigations, U.S. Postal Inspection Service. A Judicial Extension to Notice was most recently signed in the Southern District of Ohio on February 9, 2016.

16. A review of postal business records has identified Priority Mail parcel 9505 5124 9873 5306 0784 61 weighing 1lb 14 oz addressed E. Prophett, 1527 Kenova Ave, Cincinnati, OH 45237 with return address of James Evans, 4443 Virginia Ave, Oakland, CA 94619 delivered on November 5, 2015.

17. A review of postal business records has identified Priority Mail parcel 9505 5107 2247 5327 2252 90 weighing 1lb 12 oz addressed to Temisha LNU, 3624 Westwood Northern Blvd, Apt 47, Cincinnati, OH 45211 with return address Steve Long, 4443 Virginia Ave, Oakland, CA 94619 delivered on November 25, 2015.

18. On January 15, 2016, Priority Mail parcel 9505 5104 5546 6011 3032 72 addressed to E. Prophett, 1527 Kenova Ave, Cincinnati, OH 45237 with a return address of Steve Long, 711 Jackson St, Oakland, CA 94607 was opened pursuant to a Federal search warrant and found to contain approximately 1537 grams marijuana.

19. On January 15, 2016, Priority Mail parcel 9505 5105 7957 6011 0787 86 addressed to A. Jackson, 1187 N Lynnebrook Dr, Cincinnati, OH 45224 with a return address of Ivan Wilson, 1715 Central Ave #9, Alameda, CA 94501 was opened pursuant to a Federal search warrant and found to contain approximately 1040 grams marijuana.

20. On January 29, 2016, Priority Mail parcel 9505 5107 2248 6014 2978 96 addressed to J. Arnold, 3475 Knott St, Cincinnati, OH 45229 with a return address of G. Arnold, 3200 Knowland Ave, Oakland, CA 94617 was opened pursuant to a Federal search warrant and found to contain approximately 493 grams of marijuana.

21. On January 29, 2016, Priority Mail parcel 9505 5124 9872 6015 1595 96 addressed to Bill Roberts, 3223 Montana Ave, Cincinnati, OH 45211 with a return address of Jason Herman, 3425 Boston Ave, Oakland, CA 94602 was opened pursuant to a Federal search warrant and found to contain approximately 488 grams of marijuana.

22. Based on the aforementioned investigative details, the continuing investigation to gather evidence to be presented to a future Grand Jury, there is reason to believe that notice may have an adverse result, including:

   i. endangering the life or physical safety of an individual;
   ii. flight from prosecution;
   iii. destruction of or tampering with evidence;
   iv. intimidation of potential witnesses; or
   v. otherwise seriously jeopardizing an investigation or unduly delaying a trial.

I declare under penalty of perjury that the foregoing is true and correct. Executed on 2-11-16.

*[signature]*

Karen O'Neill
Postal Inspector

5